**Demetra MILLADGE, Plaintiff–Appellant,**

v.

**OTO DEVELOPMENT, LLC, Defendant–Appellee.**

No. 14–2196.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2015.

Decided: July 22, 2015.

David A. Branch, Law Office of David A. Branch & Associates, PLLC, Washington, D.C., for Appellant. Teresa Burke Wright, Meredith F. Bergeson, Jackson Lewis P.C., Reston, Virginia, for Appellee.

Before WILKINSON and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetra Milladge appeals from the district court's order granting summary judgment in favor of OTO Development, LLC, in her employment discrimination action. We have reviewed the record and the parties' arguments on appeal, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Milladge v. OTO Development, LLC,* No. 1:14–cv–00194–CMH–JFA, 2014 WL 4929508 (E.D.Va. Oct. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*